UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | EDCV 13-2180 DSF (CWx) | Date | 12/3/13 |
|---|---|---|---|
| Title | LNV Corporation v. Kelly L. Randle, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court of California, County of Riverside

　　This matter was removed from state court on November 26, 2013 based on federal question jurisdiction.  It is a state law unlawful detainer complaint that does not state a federal cause of action.  Although the Notice of Removal claims that the action is subject to jurisdiction under 28 U.S.C. § 1441, federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert.  See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

　　The case is REMANDED to the Superior Court of California, County of Riverside.

　　IT IS SO ORDERED.